

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 17, 2021

Hon. Eric R. Komitee
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   FRITZ v. LVNV FUNDING, LLC et al.
      Docket No. 19-CV-5255

Dear Judge Komitee,

This letter is sent to clarify the correspondence sent to the court, earlier today regarding the mediation/settlement conference requested before Magistrate Reyes. While the parties remain in agreement to use Magistrate Reyes for the settlement conference, the parties would also be willing to participate in the Eastern District Mediation Program, if Magistrate Reyes is not available.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:   Arthur Sanders

as/bmm