# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026  E-mail: ahmad@NewYorkConsumerAttorney.com  Fax: (877) 496-7809

September 1, 2022

<u>VIA ECF</u>
Magistrate Judge Peggy Kuo
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: Joint status letter on mediation and settlement.**
          *Fritz v. LVNV Funding, LLC, et al.,* **No. 1:19-cv-05255-ENV-PK**

Dear Judge Kuo:

    The parties have reached settlement during the August 30, 2022 mediation, and are now awaiting signatures. Once the terms of the settlement are consumated, the parties will be filing dismissals with the Court. We anticipate this to occur in the next thirty (30) days.

    Respectfully,

    /s/

    Ahmad Keshavarz

cc: all attorneys of record via ECF